PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Timothy Maurice Jenkins     **Docket Number:** 11-00122-001
                                                                                                                        **PACTS Number:** 17473

**Name of Sentencing Judicial Officer:** HONORABLE KATHARINE S. HAYDEN
                                                                               UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 10/15/1997

**Original Offense:** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE

**Original Sentence:** 168 months imprisonment; 5 years supervised release.

**Type of Supervision:** Supervised Release             **Date Supervision Commenced:** 11/20/10

**Assistant U.S. Attorney:** Robert J. Higdon, Esquire, Suite 1700 Carillon Building, 227 West Trade Street Charlotte, North Carolina, 28202 (704) 344-6222

**Defense Attorney:** Randolph Marshall Lee, 110 Crown Centre Building, 2101 Sardis Road, Charlotte, North Carolina, 28227 (704) 841-2222

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>The offender committed a local offense in Perth Amboy, New Jersey. On March 14, 2011, Sonja Battle, the offender's paramour, advised that Jenkins physically assaulted her and their 18-year-old-son during a domestic violence incident. Ms. Battle advised that the police arrived at their residence to investigate the matter. However, the offender left prior to the arrival of law enforcement personnel. Ms. Battle further informed that the offender was charged by the Perth Amboy Police Department with the offense of Simple Assault and a Temporary Restraining Order was filed. |

Staff from the police department advised that the investigative report may be obtained by probation on or about March 18, 2011. Notwithstanding the foregoing, staff provided probation with photos of the facial injuries sustained by Sonja Battle and her son. Probation was informed that law enforcement personnel from Perth Amboy Police Department will attempt to serve the offender with the temporary restraining order.

On March 15, 2011, the offender contacted the probation officer telephonically and advised that due to a "squabble involving some pushing and shoving" with Ms. Battle, he left the residence and was temporarily homeless. The offender advised that effective March 15, 2011, he would begin to reside with his sister, Patricia Jenkins, at 1300 Route 22 East, North Plainfield, New Jersey. In addition, the offender advised probation that he is amenable to counseling.

I declare under penalty of perjury that the foregoing is true and correct.

By: Damary Bonilla
U.S. Probation Officer
Date: 3/18/2011

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons. Date of Hearing: 4/8/11 @ noon.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

3/25/11
Date