UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 11-122 |
| | : | |
| TIMOTHY MAURICE JENKINS | : | O R D E R |

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant Timothy Maurice Jenkins (Kevin Carlucci, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on October 15, 1997; and a status conference having been held in this matter on April 8, 2011; and for good cause shown;

IT IS on this 14th day of April, 2011,

ORDERED that the hearing in this matter is adjourned until May 13, 2011 at 2:00 p.m.;

IT IS FURTHER ORDERED that a special condition be added to the conditions of the defendant's supervised release requiring defendant to undergo treatment in a mental health program approved by the United States Probation Office;

IT IS FURTHER ORDERED that this special condition will remain in effect throughout the duration of the term of supervised release; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

SO ORDERED.

                                          <u>/s/ Katharine S. Hayden</u>
                                          KATHARINE S. HAYDEN
                                          United States District Judge