UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Crim. No. 11-122 |
| | : | |
| TIMOTHY MAURICE JENKINS | : | <u>O R D E R</u> |

    This matter having come before the Court upon allegations that the defendant, TIMOTHY MAURICE JENKINS, violated certain conditions of his supervised release imposed on or about October 15, 1997, by the United States District Court for the Western District of North Carolina; and the defendant having appeared before this Court on April 8, 2011, to answer the allegations contained in the petition filed by the United States Probation Office on or about March 18, 2011 (hereinafter the "Petition"); and the Court finding good cause to adjourn the Petition until June 7, 2011; and on said date, the Court having heard from the government (by Fabiana Pierre-Louis, Assistant U.S. Attorney, appearing), and by the defendant (by Kevin Carlucci, Assistant Federal Public Defender, appearing), and it appearing at that time that the underlying charges were appropriate for dismissal; and for good cause shown,

    IT IS on this <u>13th</u> day of June, 2011,

    ORDERED that the above referenced Petition is hereby dismissed; and it is further

    ORDERED that the defendant's term of supervised release is continued; and it is further

    ORDERED that the United States Probation Office shall provide

defendant with a New Jersey Transit rail and bus pass no later than Tuesday, June 14, 2011.

/s/ Katharine S. Hayden

---

KATHARINE S. HAYDEN
United States District Judge