# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA    : | |
| -vs-    : | CRIMINAL: 11-122(KSH) |
| Timothy Maurice Jenkins    : | |
| : | O R D E R |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 13th day of June 2011,

O R D E R E D that Kevin Carlucci, Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

/s/ Katharine S. Hayden
_____
KATHARINE S. HAYDEN, U.S.D.J.

_____, U.S.D.J.